UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEBORAH GEORGE, individually and on behalf of all others similarly situated,<br>　　　　Plaintiff,<br><br>　　v.<br><br>ACADEMY MORTGAGE CORPORATION (UT)<br>　　　　Defendant. | CIVIL ACTION NO.<br><br>1:16-CV-471-CAP |

## O R D E R

Currently pending before the court is the parties' joint proposed case management statement and stipulation for stay and conditional certification [Doc. No. 20]. This action, brought under the Fair Labor Standards Act ("FLSA"), is a putative collective action with an estimated 3,800 potential opt-in plaintiffs. Upon receipt of the parties' joint preliminary report and discovery plan, [Doc. No. ], the court recognized that the structure of discovery and the deadlines for filing amendments to the pleadings and certain motions would be more complicated that a single-plaintiff case. As such, the court ordered the parties to submit a joint proposed case management schedule encompassing all aspects of this case from the present through the filing of a proposed pretrial order [Doc. No. 19].

The parties have made an alternative proposal [Doc. No. 20] in which they agree to stay this litigation, conditionally certify this action as a

collective under Section 16(b) of the FLSA, send notice to the putative collective, and then seek to resolve the matter through mediation.  While the court is not opposed to the approach suggested by the parties, the time necessary to facilitate the notice, obtain opt-in consent forms, prepare for and conduct the mediation may be quite lengthy.  Moreover, in the even the mediation is unsuccessful, this action will essentially restart at the discovery phase.  Accordingly, the court is unwilling to maintain this case as a pending civil action during this time.  The court will administratively close the action to allow the parties to seek a resolution through the process they have agreed to.

The parties' joint proposed case management statement and stipulation for stay and conditional certification [Doc. No. 20] is APPROVED.  The clerk is DIRECTED to administratively close this civil action.  The case will be reopened at the request of either party so long as the request is made no later than February 22, 2017.  In the event the parties require an extension of the time to reopen, a motion for extension shall be filed no later than January 23, 2017.

SO ORDERED, this 25th day of August, 2016.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge