UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEBORAH GEORGE, SUSAN SCHOUTEN, LISA ROGERS STOCK, DENNIS LONERGAN, KAREN FITZPATRICK, AMICIE CRAYTON, PAMELA OGDEN, COLLEEN KORB, And PAMELA JOHNSON, each individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ACADEMY MORTGAGE CORPORATION (UT), <br><br> Defendant. | Civil Action No. 1:16-cv-00471-CAP |

## STIPULATED FINAL JUDGMENT

The Court entered its Order granting final approval of the settlement of this action on March 20, 2019. See Doc. No. 40. The Order provides that the Court will separately enter stipulated Final Judgment incorporating the Agreement under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982) and *Nall v. Mal-Motels, Inc.*, 723 F.3d 1304, 1308 (11th Cir. 2013).

The Court hereby enters the Settlement Agreement (Doc. No. 28-1) as the stipulated final **JUDGMENT** of the parties.

**SO ORDERED**, this 27th day of March, 2019.

<u>/s/CHARLES A. PANNELL, JR.</u>
CHARLES A. PANNELL, JR.
UNITED STATES DISTRICT JUDGE